No. 16,756.

MERRITT *v*. THE PEOPLE.
(244 P. [2d] 657)

Decided April 21, 1952.   Rehearing denied May 12, 1952.

Per Curiam:

Judgment affirmed en banc without written opinion.

Mr. J. H. BOUTCHER, Mr. JOHN L. STIVERS, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. NORMAN H. COMSTOCK, Assistant, for the people.